=========================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

| NORTHERN | DISTRICT OF | NEW YORK |

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.   1:08-cv-384
(GLS)**

**In re: JAMES WILLIAM HUBEL**

_____     **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_X\_\_\_\_\_     **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, that the Letter Decision and Order of the Bankruptcy Court is AFFIRMED, in accordance with the Decision and Order issued by U.S. District Judge Gary L. Sharpe, on September 8, 2008.**

 

**September 8, 2008**                                                                      **LAWRENCE K. BAERMAN**
                                                                                                              CLERK OF THE COURT


                                                                                                              BY:       S/
                                                                                                                    DEPUTY CLERK
                                                                                                                    John Law